HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
KEITH JOSEPH BANNING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0085-JAM |
| Plaintiff, | ORDER RE: WAIVER OF DEFENDANT'S PRESENCE |
| v. | |
| KEITH JOSEPH BANNING, | |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY ORDERED that this court accepts the defendant's waiver of presence filed on September 19, 2014.

Dated: September 19, 2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Waiver of Appearance                -1-