HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
Keith Joseph Banning

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00085 JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE/ SET CHANGE OF PLEA HEARING |
| v. | |
| Keith Joseph Banning, | DATE: February 24, 2015 |
| | TIME: 9:30 AM |
| Defendant. | JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through MATTHEW G. MORRIS, Assistant U.S. Attorney, and defendant Keith Joseph Banning by and through his counsel, Benjamin Galloway, Assistant Federal Defender, that the status conference set for February 3, 2015 be continued to February 24, 2015 at 9:30 a.m. for change of plea.

The continuance is requested to allow time for preparation of a plea agreement. The additional time will also be used to review discovery with the defendant in preparation for a change of plea. The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of the change of plea set for to February 24, 2015 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

*U.S. v. Keith Joseph Banning*
Stipulation and Order

-1-

|  |  |
|---|---|
| DATED: January 30, 2015 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Benjamin Galloway*<br>Benjamin D. Galloway<br>Assistant Federal Defender<br>Attorney for Defendant Keith J. Banning |
| DATED: January 30, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Benjamin Galloway for*<br>MATTHEW G. MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, January 30, 2015 up to and including February 24, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the February 3, 2015 status conference shall be continued until February 24, 2015, at 9:30 a.m.

DATED: January 30, 2015          /s/ JOHN A. MENDEZ
                                 Hon. John A. Mendez
                                 United States District Court Judge

*U.S. v. Keith Joseph Banning*                -2-
Stipulation and Order