HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
Keith Joseph Banning

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:14-CR-00085 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE/ SET |
| v. ) | CHANGE OF PLEA HEARING |
| ) | |
| Keith Joseph Banning, ) | DATE:   April 14, 2015 |
| ) | TIME:   9:15 a.m. |
| Defendant. ) | JUDGE: Hon. John A. Mendez |
| ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW G. MORRIS, Assistant U.S. Attorney, and defendant Keith Joseph Banning by and through his counsel, Benjamin Galloway, Assistant Federal Defender, that the change of plea hearing set for March 10, 2015 be continued to April 14, 2015 at 9:15 a.m. for change of plea.

The continuance is requested to allow time for preparation of a plea agreement. The additional time will also be used to review discovery with the defendant in preparation for a change of plea.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of the change of plea set for April 14, 2015 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

///

DATED:  March 6, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
Benjamin D. Galloway
Assistant Federal Defender
Attorney for Defendant Keith J. Banning

DATED:  March 6, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Benjamin Galloway for*
MATTHEW G. MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, March 6, 2015 up to and including April 14, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the March 10, 2015 change of plea hearing shall be continued until April 14, 2015, at 9:15 a.m.

DATED: March 6, 2015

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

*U.S. v. Keith Joseph Banning*
Stipulation and Order