HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITH JOSEPH BANNING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-085 JAM |
|---|---|
| Plaintiff, | ORDER TO SEAL DOCUMENT |
| v. | |
| KEITH JOSEPH BANNING, | |
| Defendants. | |

IT IS HEREBY ORDERED that the Request to Seal be granted and that the Sentencing Memorandum be filed under seal because it contains defendant's private personal history information. The Assistant United States Attorney Matthew Morris is permitted access to this document.

Dated: October 15, 2015

HONORABLE JOHN A. MENDEZ
United States District Judge

Notice to File Under Seal                    -1-