1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:14-CR-00085-JAM

12            Plaintiff,               FINAL ORDER OF FORFEITURE

13       v.

14  KEITH JOSEPH BANNING,

15            Defendant.

16

17       WHEREAS, on or about May 12, 2015, this Court entered a Preliminary Order of

18  Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement

19  entered into between plaintiff and defendant Keith Joseph Banning forfeiting to the

20  United States the following property:
            a.  Northgate laptop computer S/N GAZW23300117;
21          b.  Toshiba laptop computer S/N 8614038Q;
            c.  Panasonic laptop computer S/N T10364;
22          d.  HP laptop computer S/N CN9012JF1.

23       AND WHEREAS, beginning on May 19, 2015, for at least 30 consecutive days, the

24  United States published notice of the Court's Order of Forfeiture on the official internet

25  government forfeiture site www.forfeiture.gov.  Said published notice advised all third

26  parties of their right to petition the Court within sixty (60) days from the first day of

27  publication of the notice for a hearing to adjudicate the validity of their alleged legal

28  interest in the forfeited property;

                                   1

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Keith Joseph Banning.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 2nd day of November, 2015.


/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

Final Order of Forfeiture